**Octavia WELLS, Plaintiff,**

v.

**Vincent GRAY, Defendant.**

**Civil Action No. 14–249**

United States District Court,
District of Columbia.

January 15, 2014

February 18, 2014

Octavia Wells, Washington, DC, pro se.

### *MEMORANDUM OPINION*

Reggie B. Walton, United States District Judge

This matter is before the Court on its initial review of the plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

 *Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F.Supp. 237, 239 (D.D.C.1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the

pleader is entitled to relief." Fed.R.Civ.P. 8(a); *see Ashcroft v. Iqbal,* 556 U.S. 662, 678–79, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009); *Ciralsky v. CIA,* 355 F.3d 661, 668–71 (D.C.Cir.2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano,* 75 F.R.D. 497, 498 (D.D.C.1977).

■■■ The plaintiff is a resident of Washington, D.C. who purports to sue Mayor Vincent Gray. The one-page complaint consists of a demand for a jury trial and for relief in the form of "Impeachment[,] No re-election[,] Canidate [sic] Octavia Wells." In addition, the complaint contains the following inexplicable statement: "Same–Sex Marriages & Taxation [sic] w/o Representation," and the plaintiff's offer to "accept his Salary & Commissions as pay." The complaint fails to provide any notice of a claim or basis for federal court jurisdiction. Hence, this case will be dismissed.[1]

---

**1.** A separate Order accompanies this Memorandum Opinion.